UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS OLUSEYI OGUNSALU,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS; CALIFORNIA COMMISSION ON TEACHER CREDENTIALING; CALIFORNIA ATTORNEY GENERAL'S OFFICE; ANI KINDALL; CHARA CRANE; and ADAM BERG,<br><br>Defendants. | Case No.: 3:17-cv-01766-GPC-AGS<br><br>**ORDER GRANTING REQUEST FOR SERVICE OF SUMMONS AND DIRECTING U.S. MARSHAL TO EFFECT SERVICE**<br><br>**[ECF No. 12]** |

On November 8, 2017, this Court granted Plaintiff's motion to proceed in forma pauperis (Dkt. No. 2), but dismissed his complaint because it failed to state a claim for which Plaintiff could obtain relief. Plaintiff has since filed a First Amended Complaint and a request that the U.S. Marshal's Service serve a summons and copy of the First Amended Complaint to Defendants. (ECF No. 12.)

IT IS HEREBY ORDERED that the Clerk shall forward a copy of the summons previously issued for the First Amended Complaint (ECF No. 10) to Plaintiff along with a blank U.S. Marshal Form 285 for the Defendants. In addition, the Clerk shall provide

1

Plaintiff with a certified copy of this Order and a certified copy of the First Amended Complaint together with the summons so that he may serve the Defendants.

Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285s as completely and accurately as possible, and to return them to the United States Marshal according to the instructions provided by the Clerk in the letter accompanying his IFP package. Upon receipt, the U.S. Marshal shall serve a copy of the Complaint and summons upon the Defendants as directed by Plaintiff on the USM Form 285s. All costs of service shall be advanced by the United States. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

IT IS SO ORDERED.

Dated: August 17, 2018

Hon. Gonzalo P. Curiel
United States District Judge